Harold HERRSCHAFT, Appellant

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

June 11, 2003.

### ORDER

PER CURIAM:

AND NOW, this 11th day of June, 2003, probable jurisdiction is noted and the order appealed is affirmed.